STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail:    Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$30,464.00 IN U.S. CURRENCY,<br><br>    Defendant. | No. CV 10-4465-DOC (RNBx)<br><br>[~~Proposed~~] Judgment |
| VERONICA ANA MARIA RAMIREZ,<br><br>    Claimant. | |

//
//
//
//
//
//

Pursuant to the Court's Order granting Plaintiff's Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff United States of America shall have judgment against the defendant $30,464.00 in United States Currency. The defendant is hereby condemned and forfeited to the United States of America, which shall dispose of the defendant in the manner provided by law.

The Court finds that there was reasonable cause for the seizure of the defendant asset and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant asset.

Dated: February 18, 2015 ~~October 31, 2014~~

*David O. Carter*
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ *Frank Kortum*
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff